"UNDER SEAL"

FILED
IN COURT
CHARLOTTE, N. C.

AUG 25 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:06CR154 |
| vs. ) | |
| ) | ORDER TO SEAL BILL OF INDICTMENT |
| ) | |
| WALTER PEREZ ET AL ) | |
| ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the above-mentioned Motion, this Motion to Seal and any order issued pursuant to this be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the above-mentioned Motion, this Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 23rd day of August, 2006.

UNITED STATES MAGISTRATE JUDGE