UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:06CR154 |
| | ) | |
| v. | ) | **ORDER UNSEALING** |
| | ) | **INDICTMENTS AND** |
| (1) WALTER FRANK PEREZ | ) | **CASE DOCUMENTS** |
| CARLOS ARTURO ESCOBAR and | ) | |
| ESTEBAN M. BULLIS, | ) | |
| (2) JOSE LIBARDO MORALES, | ) | |
| (3) GREGORY GARCIA PEREZ, | ) | |
| (4) CAROLINA MORALES, and | ) | |
| (5) JACQUE GARCIA. | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an Order unsealing the Bill of Indictment, Superseding Bill of Indictment, and other case documents filed to date in this matter, and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation;

NOW, THEREFORE, IT IS ORDERED that the above-referenced documents be UNSEALED.

SO ORDERED this the 6th day of October, 2006.

_____
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE